WALTER S. CADY, Respondent, *v.* BANK OF MANLIUS et al., Appellants.

Argued April 23, 1941; decided May 22, 1941.

*Clifford H. Searl* for appellants.

*Frederick W. Fuess, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.